IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE LETTER OF REQUEST FROM SWITZERLAND IN THE MATTER OF WWW.D9BCN.COM | ) ) ) ) ) | Misc. No. 05- |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Swiss authorities.

                                                                          COLM F. CONNOLLY
                                                                          United States Attorney

                                                             By: *Richard G. Andrews*
                                                                          Richard G. Andrews
                                                                          Assistant U.S. Attorney
                                                                          Delaware Bar I.D. No.2199
                                                                          1007 N. Orange Street
                                                                          Wilmington, DE   19801
                                                                          (302) 573-6277

Dated: 10/24/05