**URGENT** **FAX** **URGENT**

*Bundesamt für Justiz · Office fédéral de la justice · Ufficio federale di giustizia · Federal Office of Justice*

*Eidg. Justiz- und Polizeidepartement · Département fédéral de justice et police · Dipartimento federale di giustizia e polizia · Federal Department of Justice and Police*

***International legal assistance - Internationale Rechtshilfe - Entraide judiciaire internationale***

CH -3003 Berne

Telephone +41 (0)31 323 57 04
Telefax +41 (0)31 322 53 80

**June 27, 2005**

Seiten (inkl. Titelseite):
Total pages (including cover sheet): 2
Total pages (couverture inclue):

An:
To:
A:

Office of International Affairs
Department of Justice
Suite 800
1301 New York Ave., N.W.
Washington, DC 20005
United States of America
Att. Mrs Patricia reedy

Fax:
Fax No.: **memo**
Fax:

Ihre Referenz:
your reference: **New case**
votre réf.:

Unsere Ref.:
our reference: **B 160 808 BOT**
notre réf.:

Betrifft:
Subject: **Request for preservation of evidences**
concerne:

Dear Mrs Reedy

The Federal Office of Justice, Swiss Central authority, requests the assistance of the competent US authorities in order to have some evidences located on US territory be preserved.

The Geneva Examining Magistrate is conducting an investigation against a person living in Switzerland who administrated the website www.d9bcn.com. Along with general information about marijuana, this website contained a protected section in which it was possible to buy marijuana online. The Examining Magistrate is planning to send a MLA request in order to get a copy of the website, including all html pages and the connection logs. The main content of the website seems to be an access database.

On June, 24th 2005 the Geneva Cantonal Police asked directly the provider to take all necessary preservation measures of this website. Kindly find enclosed this facsimile. It seems that the provider is ready to preserve the evidences.

The assistance of the competent US authorities is needed in order to take contact with the provider of this site, which seems to be TUCOWS Inc, Hostmysite.com, 260 Chapman Rd, Suite 205, Newark, DE 19702, and ask him to take any appropriate measure to have any elements related to this website, the connection logs and the administrators preserved. The Swiss authorities will present, as soon as possible, a formal MLA request in order to obtain the said evidences.

We thank you very much for your cooperation.

Yours sincerely,

**DIVISION FOR INTERNATIONAL LEGAL ASSISTANCE**
Swiss central authority

Nicolas BOTTINELLI

POLICE CANTONALE GENEVE

Nr fax : +41 22 820 30 16
Nr tél : +41 22 427 82 86

Feuille : - de transmission
- d'accompagnement

Pages * 1 Date 24.06.05
* y compris page d'accompagnement

Expéditeur :
GENEVA POLICE DEPT
Computer Crime Unit
Detective Marc BIERI

Références :
BIERI Insp. J9918

# FAX

Visas :
CS
ICB
Insp.

No enreg.

Destination : TuCows Inc, HostMySite.com N° fax : +1 302 731 7499

Attn : Mr. Neil HEURE or Mr. Lou HONICK

Dear Sirs,

We are currently investigating a criminal case in Geneva Switzerland where a website hosted by your servers is concerned.

Before sending a warrant in order to access the information of this website, would you be so kind to freeze all information related to the domain name : www.d9bcn.com

Even though the site seems to be offline, the domain name is still active and we would appreciate if you could check with backup tapes if you have a copy of the content of the site before it was put offline ? The main content of this website, is an access database (.mdb) file.

A complete copy of the website including all html pages and ftp connection logs (IP, date and time) would be fully appreciated.

I have take the necessary action, to inform our examining magistrate to have an international rogatory letter sent to the appropriate court in the US.

Please confirm to me on my email, once the data is securely stored on my email address : marc.bieri@police.ge.ch or mb@ge.ch

Thanks for you cooperation.

Marc BIERI
Police Detective, EnCE, CCFT, CCCI
Geneva Police Dept, Computer Crime Unit
Nouvel Hôtel de Police
Ch. de la Gravière 5
CH-1227 Acacias, Switzeland

# FAX

**Bundesamt für Justiz · Office fédéral de la justice · Ufficio federale di giustizia · Federal Office of Justice**
Eidg. Justiz- und Polizeidepartement · Département fédéral de justice et police · Dipartimento federale di giustizia e polizia · Federal Department of Justice and Police

**International legal assistance - Internationale Rechtshilfe - Entraide judiciaire internationale**
CH -3003 Berne

Telephone +41 (0)31 323 57 04
Telefax +41 (0)31 322 53 80

**July 22, 2005**

Seiten (inkl. Titelseite):
Total pages (including cover sheet): **11**
Total pages (couverture inclue):

| | | | |
|---|---|---|---|
| An:<br>To:<br>A: | Office of International Affairs<br>Department of Justice<br>Suite 800<br>1301 New York Ave., N.W.<br>Washington, DC 20005<br>United States of America<br>Att. Mrs Pastricia Reedy | Fax:<br>Fax No.:<br>Fax: | **memo** |
| Ihre Referenz:<br>your reference:<br>votre réf.: | **New case** | Unsere Ref.:<br>our reference:<br>notre réf.: | **B 107701 BOT** |

Betrifft:
Subject:
concerne: **MLA request from Geneva in the case of Fabien PICCAND (TuCows Inc)**

Dear Mrs Reedy

We refer to this case, in which your Office has already taken provisory measures in order to preserve the requested evidence. Please take note that this file has now a new reference number (previously: B 160808 BOT).

The quick and successful help provided by your Office has been very appreciated by the Swiss authorities.

Kindly find enclosed the formal MLA request asking for the transmission of the evidence. The Examining Magistrate of Geneva confirmed us that she was not only interested in the evidence mentioned in her request, but also to each other evidence linked with this website. We have integrated this "complementary request" in our cover letter. If it should be considered as not sufficient, we will ask the Magistrate to write a formal complement.

We thank you for your assistance and stay at your disposal if any supplemental information is needed.

Yours sincerely,

**DIVISION FOR INTERNATIONAL LEGAL ASSISTANCE**
Swiss central authority

Nicolas BOTTINELLI

182-22235

*Office fédéral de la justice · Bundesamt für Justiz · Federal Office of Justice*
*Département fédéral de justice et police · Eidg. Justiz- und Polizeidepartement · Federal Department of Justice and Police*

3003 Berne, July 22, 2005

Téléphone ++41 (0)31 323 57 04
Téléfax ++41 (0)31 322 53 80

Ihr Zeichen
Votre réf. New case
Vostro rif.

Unser Zeichen
Notre réf. B 107701 BOT
Nostro rif.

lrh@bj.admin.ch
*In replying please quote this file number*

**Lettre signature**
Office of International Affairs
Department of Justice
Suite 800
1301 New York Ave., N.W.
Washington, DC 20005
United States of America

***Request for Assistance made by the Examining Magistrate of the Canton of Geneva on July, 14th 2005 in the case of Fabien PICCAND and others***

Dear Ms. Warlow,

According to the provisions of the Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters, the Federal Office of Justice, Swiss Central Authority, requests the assistance of the appropriate US authorities in the above mentioned case.

The Examining Magistrate of the Canton of Geneva is conducting an investigation against the above-mentioned person for offences against our legislation on narcotics. All the relevant details concerning the facts of the case, concerned persons and the requested assistance may be taken out of the enclosed letter rogatory of July, 14th 2005 and its respective translation.

**We would like to draw your attention to the fact that the Swiss authorities also request to be provided with all other information related to this website that could be preserved (for example: emails, etc...).**

We request that compulsory measures be ordered if necessary. Please keep us informed about the further developments in this case.

Thank you for your assistance.

**FEDERAL OFFICE OF JUSTICE**
Swiss Central Authority

Nicolas BOTTINELLI

Enclosures mentioned

Republic and canton of Geneva
JUDICIARY POWER
Investigating Magistrates

Translation from French

Geneva, July 14, 2005

Investigating Magistrate's Office
Rue des Chaudronniers 9
P.O. Box 3344
CH - 1211 GENEVA 3

Please send all mail
to the undersigned Judge personally

P/3610/05

ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
CENTRAL OFFICE

USA-WASHINGTON, DC

Ref.: PP Nr P/3610/2005
To be mentioned in any communication

# INTERNATIONAL LETTERS ROGATORY

Re: Fabien PICCAND and Christophe POLESE

Sir,

I hereby inform you that, at the request of the Attorney General of the Republic and Canton of Geneva, I am in charge of conducting the investigation into the above-captioned proceedings instituted on the count of aggravated offence to the Swiss Law on Narcotics (section 19 § 1 and 2) against:

Mr. Fabien PICCAND, Swiss citizen, born in Paris on [redacted]

Mr. Christophe POLESE, Swiss citizen, born in Geneva on [redacted]

I would like to stress out that I have been entrusted with the proceedings in my capacity as an Investigating Magistrate.

According to Section 48 of the Geneva Law on Judiciary Organisation, the Investigating Magistrate carries out all necessary actions of the preparatory investigation.

He is responsible for gathering all the evidence that will be later submitted to the Trial Court. Therefore, he has the power to implement criminal investigation measures through police officers and to conduct all necessary hearings likely to help to disclose the truth, for the prosecution or for the defence.

As such, the Investigating Magistrate is entitled to carry out searches of premises wherever the quest for truth requires it (Section 178 par. 1 and following of the Geneva Code of Criminal Procedure).

Republic and Canton of Geneva
**JUDICIARY POWER**
***Investigating Magistrates***

Translation from French

International Letters Rogatory
dated July 14, 2005 - Page 2.
Proceedings Nr P/3610/2005

In summary, the facts are as follows:

In 1997, Mr. Christophe POLESE formed in Geneva, with a long-time friend, Mr. Fabien PICCAND, the company « DELTA 9 », which was operating in the mail order business of marijuana and hashish. This trafficking organization has been dismantled on September 18, 2003 and the criminal case in connection with it is still on its way.

As he gave witness evidence to the police on March, 29, 2005 in the framework of the criminal lawsuit instituted against Mr. Fabien PICCAND for MDMA trafficking (core product of ecstasy), Mr. Christophe POLESE revealed having, since about January 2004, formed with Mr. Fabien PICCAND a structure, organized in Barcelona, Spain; following the same pattern as « DELTA 9 », located in Geneva, that is a company which allowed clients to order cannabis along with by-products via internet and then have it directly home-delivered.

The investigations conducted so far made it possible to determine that the website of this company is: www.d9bcn.com.

From the enquiry, said address (domain name) results in following details:

Director:
Parada, Javiera
Bailen 3
Barcelona, 08010
Spain
phone +34 93 246 4421
Email : elvicio@eresmas.com

Technical contact:
TUCOWS Inc
HostMysite.com
260 Chapman Rd
Suite 205
Newark, DE 19702
USA
Email : support@HostMysite.com

Domain status: ACTIVE
Date of creation of registration: October 14, 2003
Date of last modification of registration: October 5, 2004
Expiry date of registration: October 14, 2005

By visiting the site www.d9bcn.com in April 2005, it was revealed that its contents included detailed pages on the subject of hemp and its by-products. In addition, a section on this site named « El Café » would lead to a secured page, where a user code and a password were required to go further. Once authenticated, the user would access a real online shop, where it was possible to place orders in view of purchasing marijuana and hashish amongst other things.

Later on, it appeared that the site www.d9bcn.com was not on line any longer for an unknown reason.

Republic and Canton of Geneva
**JUDICIARY POWER**
**Investigating Magistrates**

Translation from French

International Letters Rogatory
dated July 14, 2005 - Page 3.
Proceedings Nr P/3610/2005

On June 24, 2005, the criminal police of the Canton of Geneva directly sent a request to the US firm hosting the aforesaid website, TUCOWS INC, HostMysite.com, so that it would keep the data relating to the website pending the transmission of this international letter of request.

On June 28, 2005, the Federal Office of Justice sent, at my behest, a similar request to the competent US authorities.

According to the answer from TUCOWS INC, HostMysite.com, a certain number of data could be saved.

**For the needs of my enquiry, it shall be useful for me to obtain the most recent version of the database of the website www.d9bcn.com prior to its withdrawal from internet, being pointed out that the last version of the website in my possession is from March 21, 2005.**

**Furthermore, it would be necessary to obtain all the html pages as well as the ftp connection logs, including the IP addresses, dates and times.**

This request for legal assistance is sent to you by virtue of Articles 1 and following of the Treaty between the Swiss Confederation and the United States of America on mutual assistance in criminal matters of May 25, 1973.

It is obvious that the most complete reciprocity is already granted in case you might need any information or investigation in connection with the proceedings currently pending in Geneva.

Because of the requirements in terms of conservation of evidence and the detention under remand of Mr Fabien PICCAND, I kindly ask you to act speedily with regard to TUCOWS INC, HostMysite.com.

I shall be pleased to provide any additional information you might need.

I extend now and henceforth my thanks for your assistance and remain

Yours Sincerely

The Investigating Magistrate

[L.S. & illegible signature]
Corinne CHAPPUIS-BUGNON

Enclosed: section 19 Law on Narcotics

Certified true translation

M.-A. PINEDO
traductrice-interprète
des Juges d'instruction

# Federal Law on Narcotics

Section 19

1. Whoever, without lawful authority, shall have grown plants containing alkaloid or hemp herb in order to obtain narcotic drugs,
whoever, without lawful authority, shall have produced, extracted, converted, or prepared narcotic drugs,
whoever, without lawful authority, shall have stored, distributed, transported, imported, exported or passed in transit any such narcotics,
whoever, without lawful authority, shall have offered, distributed, sold, procured, provided, prescribed, put on the market or assigned any such narcotics,
whoever, without lawful authority, shall have owned, held, purchased or otherwise acquired any such narcotics,
whoever shall have made arrangements therefore,
whoever shall have financed the illegal traffic of narcotic drugs or arranges for its financing,
whoever publicly shall have encouraged the consumption of narcotic drugs or revealed any opportunity for the acquisition or consumption of narcotic drugs,

shall, if he commits the act deliberately, be sentenced to imprisonment or a fine. In serious cases, the punishment shall be reclusion or imprisonment for not less than a year; the prison sentence shall be combined with a fine up to one million Swiss francs.

2. There is a serious case in particular if the offender

a. knows or has cause to admit that the offence refers to a quantity of narcotic drugs that may jeopardise the health of a large number of people;

b. acts as a member of a gang which was set up in order to carry out illegal drug trafficking;

c. realises a big turnover or a considerable profit by making a business of trafficking.

3. If the offences under paragraph 1 were committed by negligence, the punishment is imprisonment for one year at the most, confinement to jail or a fine.

4. The offender shall be punished under the provisions of paragraphs 1 and 2 if he committed the offence abroad, is arrested in Switzerland and not extradited and if the offence is also punishable at the place where it was committed.